

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Gary Newton, | § | No. 08-16-00061-CV |
| Appellant, | § | Appeal from the |
| v. | § | 21st District Court |
| Kenneth Williams, Lesia W. Jones, John H. Gomez, and Benita Gomez., | § | of Bastrop County, Texas |
| | § | (TC# 28,152) |
| Appellees'. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellees' third motion for extension of time within which to file the brief until **February 27, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEES' BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Ernest F. Bogart, the Appellees' attorney, prepare the Appellees' brief and forward the same to this Court on or before February 27, 2017.

IT IS SO ORDERED this 22nd day of December, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.